IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2198-AP

SCOTT E. HERMANN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        For Plaintiff:

        Thomas A. Feldman
        1120 Lincoln Street, Suite 1306
        Denver, CO  80203
        (720) 917-1300
        (303) 861-9214 (Facsimile)

        For Defendant:

        Kevin T. Traskos
        Assistant United States Attorney
        Deputy Chief, Civil Division
        United States Attorney's Office
        225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        (303) 454-0100
        (303) 454-0404 (Facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed:** October 18, 2007

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office:** October 22, 2007

    **C.**     **Date Answer and Administrative Record Were Filed:** December 21, 2007 (Answer) and December 26, 2007 (Administrative Record)

**4.**     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Record filed on December 26, 2007 is incomplete.

Missing from the Record are documents submitted by the Plaintiff to the Appeals Council, by letter dated September 14, 2007. Specifically, these documents are (a) 177 pages of progress notes from the Colorado Coalition for the Homeless (of which Stout Street Clinic is a part), dated September 14, 2004 through August 23, 2007; and (b) a one page letter from treating psychiatarist Elizabeth Cookson, M.D., dated March 28, 2007. The September 14, 2007 letter is two pages in length. The agency is attempting to locate these documents and include them in the certified record. The briefing schedule in Section 8, *infra*, has been extended to give the agency sufficient time to locate these documents.

Additionally, pages 115 to 120 in the Record contain a copy of a position statement, dated November 7, 2006, sent by the Plaintiff's attorney to the Administrative Law Judge. The copy appearing in the record is unreadable. The Parties wish to substitute these pages for a readable copy of the document.

**5.**     **STATEMENT REGARDING ADDITIONAL EVIDENCE**

No additional evidence is necessary other than the documents referred to in Section 4, *supra*.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties agree that the this case does not involve any unusually complicated or out-of-the ordinary claims.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** March 21, 2008

    B.    **Defendant's Response Brief Due:** April 21, 2008

    C.    **Plaintiff's Reply Brief (If Any) Due:** May 6, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff requests oral argument. Evaluation of mental illness cases such as this one tends to be particularly fact-sensitive. Oral argument provides a useful opportunity to analyze those facts.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>10th</u> day of <u>January</u> , 2008.

BY THE COURT:

<u>*S/John L. Kane*</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

| | |
|---|---|
| <u>/s/ Thomas A. Feldman</u> | <u>    /s/ Kevin T. Traskos</u> |
| Thomas A. Feldman | Kevin T. Traskos |
| 1120 Lincoln Street, Suite 1306 | Assistant United States Attorney |
| Denver, CO  80203 | Deputy Chief, Civil Division |
| tfeldman@qwestoffice.net | United States Attorney's Office |
| Telephone: (720)917-1300 | 225 Seventeenth Street, Suite 700 |
| Facsimile: (303) 861-9214 | Denver, Colorado 80202 |
| | Kevin.traskos@usdoj.gov |
| **Attorney for Plaintiff** | (303) 454-0100 |
| | (303) 454-0404 (Facsimile) |
| | **Attorney for Defendant** |