THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02198-AP

SCOTT E. HERMANN,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

Defendant, the Commissioner of Social Security, has moved pursuant to sentence four of 42 U.S.C. § 405(g) for entry of a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. The Motion (doc. #21), filed June 18, 2008, is GRANTED.

Under sentence four of 42 U.S.C. § 405(g), this Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand by this Court, the Appeals Council will remand the matter to an administrative law judge (ALJ) to conduct a *de novo* hearing and to issue a new decision regarding Plaintiff's eligibility for benefits. The ALJ will be instructed to determine whether Plaintiff's impairment or impairments meet or equal a Listing set forth at 20 C.F.R. pt. 404, subpt. P, app. 1, so as to be presumptively disabling. The ALJ should fully evaluate Plaintiff's living arrangement and level of support (under the C-criteria of the mental health listings) in

making this determination, and obtain medical expert testimony if warranted. The ALJ will also be instructed to properly evaluate Plaintiff's substance abuse under 20 C.F.R. §§ 404.1535 and 416.935. If Plaintiff is found disabled with substance abuse and his other impairments considered, the ALJ should evaluate the materiality of the substance abuse. The ALJ also will be instructed to evaluate all of the evidence, including the evidence that Plaintiff previously submitted to the Appeals Council after the ALJ's decision, in making a determination on remand. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further administrative proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

AND IT IS SO ORDERED.

Dated at Denver, Colorado this 19th day of June, 2008.

BY THE COURT:

*S/John L. Kane*
Judge John L. Kane
United States District Court Judge