IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02198-AP

SCOTT HERMANN,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

## ORDER

---

The Court has reviewed the Stipulated Motion for Payment of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), (doc. #24), dated July 17, 2008. The Motion is GRANTED. It is

ORDERED Defendant shall pay to Plaintiff attorney fees in the amount of **$4,900.00.**

DATED at Denver, Colorado, this 17th day of July, 2008.

        BY THE COURT

        *S/John L. Kane*
        John L. Kane, Senior Judge
        United States District Court